**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: CARI A ROMANY | ) | Case No. 25 B 06251 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## NOTICE OF MOTION

CARI A ROMANY
725 E 50TH ST #2W
CHICAGO, IL 60615

DSOUZA & WALTON LAW GROUP
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on October 19, 2026 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place, **either** in Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss for failure to make plan payments, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** (1) go to this link: https://www.zoomgov.com (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by Zoom using a telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.
**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Thomas H. Hooper
Chapter 13 Trustee
150 N Michigan Ave
Suite 3800
Chicago, IL 60601
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: CARI A ROMANY | ) | Case No. 25 B 06251 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On April 23, 2025 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 08, 2025 for a term of 60 months with payments of $492.67.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 17 | $7,882.72 | $6,035.68 | $1,847.04 |

A summary of the 3 most recent receipt items is set forth below: Report Date: 09/18/2026
Due Each Month: $492.67
Next Payment Due: 09/23/2026

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 02/02/2026 | | $500.00 |
| 03/03/2026 | | $600.00 |
| 06/11/2026 | | $1,970.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
150 N Michigan Ave
Suite 3800
Chicago, IL 60601
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:

CARI A ROMANY

CASE NO: 2506251

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13
Judge: JACQUELINE P COX
Hearing Location: Appear In Courtroom 680, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Cox
Hearing Date: 10/19/2026
Hearing Time: 9:00 AM

---

On 9/18/2026, I did cause a copy of the following documents, described below,

Motion To Dismiss For Failure to Make Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/18/2026

/s/ Thomas H. Hooper
Thomas H. Hooper

Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601
312-294-5900
chiweb@chicagoch13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:

CARI A ROMANY

CASE NO: 2506251

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: JACQUELINE P COX
Hearing Location: Appear In Courtroom 680, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Cox
Hearing Date: 10/19/2026
Hearing Time: 9:00 AM

On 9/18/2026, a copy of the following documents, described below,

Motion To Dismiss For Failure to Make Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/18/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas H. Hooper
Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CARI A ROMANY
725 E 50TH ST #2W
CHICAGO IL 60615