UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CARI A ROMANY<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-06251<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

**ORDER GRANTING DISMISSING FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that the motion is granted and this case is dismissed on the Trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Enter: Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 19, 2026

**Prepared by:**

Thomas H. Hooper

Chapter 13 Trustee

150 N. Michigan Ave, Suite 3800

Chicago, IL 60601

(312) 294-5900