# Certificate of Service

**Case:** 25-06251 (bk )
**Related docket:** 44
**Notice:** Notice of Dismissal
**Latest electronic service:** 10/21/2026 04:57 PM
**Service source:** Bulk Email (SMTP accepted)
**MailRoom notice:** 2640

The Clerk's Office served this US Bankruptcy Court Notice electronically on the recipients listed below. All listed email deliveries are recorded as SENT by the MailRoom bulk-email process. No postal mailing is certified by this document.

## Served electronically on:

**Adam G. Brief**
Ustpregion11.es.ecf@usdoj.gov
SMTP accepted: 10/21/2026 04:57 PM

**Kenneth E Walton, II**
Kenneth@dsouzalegal.com
SMTP accepted: 10/21/2026 04:57 PM

**Kenneth E Walton, II**
3079219420@filings.docketbird.com
SMTP accepted: 10/21/2026 04:57 PM

**Kenneth E Walton, II**
kenneth.dsouzalegal.com@recap.email
SMTP accepted: 10/21/2026 04:57 PM

**Thomas H. Hooper**
thomas.h.hooper@chicagoch13.com
SMTP accepted: 10/21/2026 04:57 PM