Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
***Northern District of Illinois***
***Eastern Division***
***219 S Dearborn***
***7th Floor***
***Chicago, IL 60604***

---

Case No.: 25−06251
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
Cari A. Romany
aka Cari Annjanette Romany, fka Cari A. Hill
725 E. 50th Street
Apt. 2W
Chicago, IL 60615

Social Security / Individual Taxpayer ID No.:
xxx−xx−0968

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that this case was dismissed on October 19, 2026

FOR THE COURT

Dated: October 20, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 25-06251-JPC
Cari A. Romany Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: ntcdsm Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cari A. Romany, 725 E. 50th Street, Apt. 2W, Chicago, IL 60615-2695 |
| 31405249 | | Advocate Health Care, 2511 N Kedzie Ave, Chicago, IL 60647-2603 |
| 31405254 | + | Clear Wellness Group, 1605 S Michigan Ave, Chicago, IL 60616-1209 |
| 31405265 | + | KinderCare, 5005 Meadows Rd, Lake Oswego, OR 97035-4288 |
| 31405270 | + | National Louis University, 1000 Capitol Dr, Wheeling, IL 60090-7201 |
| 31405271 | + | Ob/Gyn Ancillary Hospital Services, 1101 S. Canal Street, Suite 202, Chicago, IL 60607-4946 |
| 31405273 | + | Peace of Mind Properties, 641 E. Persing Road, Suite E, Chicago, IL 60653-1978 |
| 31405275 | + | Pullman Artspace Lofts, 11137 S Langley Ave, Chicago, IL 60628-4641 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31413993 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2026 09:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 31518968 | | Email/Text: BNCnotices@dcmservices.com | Oct 31 2026 09:19:00 | Advocate Health Care, PO Box 1123, Minneapolis, MN 55440-1123 |
| 31405250 | | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Oct 31 2026 09:20:00 | Ameren Illinois, P.O. Box 88034, Chicago, IL 60680-1034 |
| 31459982 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 09:27:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 31405251 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 09:27:06 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 31405252 | ^ | MEBN | Oct 31 2026 09:16:13 | Atlas, 300 Coventry Rd, Kensington, CA 94707-1214 |
| 31451762 | | EDI: DISCOVER | Oct 31 2026 12:58:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 31405253 | + | Email/Text: bankruptcy@cavps.com | Oct 31 2026 09:20:00 | Cavalry SPV, 1 American Ln, 220, Greenwich, CT 06831-2563 |
| 31482198 | + | Email/Text: bankruptcy@cavps.com | Oct 31 2026 09:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 31405255 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Oct 31 2026 09:20:00 | ComEd, P.O. Box 805379, Chicago, IL 60680-4179 |
| 31449747 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Oct 31 2026 09:20:00 | Commonwealth Edison Company, Bankruptcy Department, 1919 Swift Drive, Oakbrook, IL 60523-1502 |
| 31405256 | + | EDI: CCS.COM | Oct 31 2026 12:58:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |

| | | | | |
|---|---|---|---|---|
| 31405257 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2026 09:20:00 | Dept of Ed/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 31405258 | + | EDI: DISCOVER | Oct 31 2026 12:58:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 31405259 | | Email/Text: exeter@ebn.phinsolutions.com | Oct 31 2026 09:20:00 | Exeter Finance, LLC, P.O. Box 166097, Irving, TX 75016 |
| 31405260 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 31 2026 09:20:00 | First Electronic Bank, 2150 S 1300 E, Suite #400, Salt Lake City, UT 84106-4336 |
| 31498650 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 31 2026 09:20:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 31405261 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 31 2026 09:20:00 | Hyundai Motor Finance, 4000 Macarthur Blvd St, Newport Beach, CA 92660-2507 |
| 31405262 | + | EDI: LCIICSYSTEM | Oct 31 2026 12:58:00 | I.C. System, Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 31405263 | + | EDI: IRS.COM | Oct 31 2026 12:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31405264 | + | Email/Text: bankruptcy@kikoff.com | Oct 31 2026 09:19:00 | Kikoff Lending, LLC, P.O. Box 40070, Reno, NV 89504-4070 |
| 31405266 | | Email/Text: LibertySOP@cscglobal.com | Oct 31 2026 09:19:00 | Liberty Mutual In. Co., 175 Berkeley St, Boston, MA 02116 |
| 31405267 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 09:27:59 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 31412126 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 09:27:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31405269 | | Email/Text: ml-ebn@missionlane.com | Oct 31 2026 09:18:00 | Mission Lane, LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 31405276 | | Email/Text: connectcommunications@mrvbanks.com | Oct 31 2026 09:19:00 | Revvi Card MRV Banks, P.O. Box 85800, Sioux Falls, SD 57118-5800 |
| 31405268 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 09:20:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 31501604 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 09:20:00 | Midland Credit Management, Inc., PO BOX 2037, Warren, MI 48090-2037 |
| 31424417 | ^ | MEBN | Oct 31 2026 09:15:54 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 31405272 | + | Email/Text: bankruptcy@onlineis.com | Oct 31 2026 09:20:00 | Online Information Services, P.O. Box 1489, Winterville, NC 28590-1489 |
| 31420526 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Oct 31 2026 09:18:00 | PEOPLES GAS LIGHT & COKE COMPANY, 200 EAST RANDOLPH ST, CHICAGO, IL 60601 |
| 31405274 | + | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Oct 31 2026 09:18:00 | Peoples Gas, 200 E Randolph St, Ste #5100, Chicago, IL 60601-6528 |
| 31416206 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2026 09:20:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Kenneth E Walton, II | on behalf of Debtor 1 Cari A. Romany Kenneth@dsouzalegal.com 3079219420@filings.docketbird.com,kenneth.dsouzalegal.com@recap.email |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3